

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2014

No. 04-14-00766-CV

**IN RE** Helisse M. **FRIESTMAN**

Original Mandamus Proceeding[1]

### ORDER

Sitting:    Catherine Stone, Chief Justice
            Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice

Relator filed this petition for writ of mandamus on November 3, 2014. On December 2, 2014, the parties filed a joint motion to dismiss advising the court that the issues raised by the mandamus petition have become moot, and requesting that the proceeding be dismissed.

The parties' joint motion to dismiss for mootness is GRANTED. This original mandamus proceeding is DISMISSED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on December 5th, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-05746, styled *In the Matter of the Marriage of Brian E. Friestman and Helisse M. Friestman and In the Interest of A.G.F., A.F.F., and E.H.F., Children*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.